IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GEORGE A. SEMIAN | : | |
| a/k/a George Andrew Semian | : | |
| a/k/a George Semian | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5:22- |

*************************************************************************

CERTIFICATION OF NO PAYMENT ADVICES
PURSUANT TO 11 U.S.C. SECTION 521 (a)(1)(B)(iv)

*************************************************************************

I, GEORGE A. SEMIAN, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "paystubs"), as contemplated by 11 U.S.C. Section 521 (a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

☐     I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

         I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐     My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

         I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

x     I did not receive payment advices due to factors other than those listed above (please explain) <u>Real Estate Commissions.</u>

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date:   <u>February 1, 2023</u>          <u>/s/George A. Semian</u>
                                                        GEORGE A. SEMIAN