IN THE UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| GEORGE A. SEMIAN | : | |
| a/k/a George Andrew Semian | : | NO. 5:23-bk-00220-MJC |
| a/k/a George Semian | : | |
| | : | ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for KNEPH, LLC d/b/a Realty Network Group, a creditor and party of interest in the above-referenced matter.

    Respectfully submitted,

    /s/ Daniel T. Brier
    Daniel T. Brier (PA 53248)
    dbrier@mbklaw.com
    Nicholas F. Kravitz (PA 205866)
    nkravitz@mbklaw.com
    Myers, Brier & Kelly, LLP
    425 Biden Street, Suite 200
    Scranton, PA 18503
    (570) 342-6100

    Attorneys for KNEPH, LLC d/b/a/
    Realty Network Group

Date: February 8, 2023

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 8th day of February 2023:

>Tullio DeLuca, Esquire
>381 N. 9th Avenue
>Scranton, PA 18504
>Tullio.DeLuca@verizon.net

>/s/ Daniel T. Brier
>Daniel T. Brier