ntfp(02/23)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| George A. Semian<br>aka George Andrew Semian, aka George Semian | Chapter 13 |
| | Case number 5:23–bk–00220–MJC |
| **Debtor(s)** | |

## Notice To Filing Party

**Please take notice that:**

There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry **#15** . **The image attached is not a Withdrawal of the Claim**. Failure to refile or amend your document may result in a delay in processing this matter.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 9, 2023 |