# Notice Recipients

District/Off: 0314–5      User: AutoDocketer      Date Created: 3/9/2023

Case: 5:23–bk–00220–MJC      Form ID: ntfp      Total: 5

**Recipients of Notice of Electronic Filing:**

aty      Nicholas F. Kravitz      nkravitz@mbklaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr      KNEPH, LLC d/b/a Realty Network Group      c/o Myers Brier & Kelly, LLP      425 Biden Street, Ste. 200      Scranton, PA 18503

5519704      KNEPH, LLC d/b/a Realty Network Group      222 Northern Blvd.      Clarks Summit, PA 18411

5526079      KNEPH, LLC d/b/a Realty Network Group      538 BIDEN ST STE 528      SCRANTON, PA 18503

     Raymond W. Ferrario      538 Spruce Street, Suite 528      Scranton, PA 18503

TOTAL: 4