United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00220-MJC |
| George A. Semian | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: ntfp | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | KNEPH, LLC d/b/a Realty Network Group, c/o Myers Brier & Kelly, LLP, 425 Biden Street, Ste. 200, Scranton, PA 18503-1851 |
| | + | Raymond W. Ferrario, 538 Spruce Street, Suite 528, Scranton, PA 18503-1816 |
| 5526079 | + | KNEPH, LLC d/b/a Realty Network Group, 538 BIDEN ST STE 528, SCRANTON, PA 18503-1816 |
| 5519704 | + | KNEPH, LLC d/b/a Realty Network Group, 222 Northern Blvd., Clarks Summit, PA 18411-8401 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel T Brier | on behalf of Creditor KNEPH LLC d/b/a Realty Network Group dbrier@mbklaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Nicholas F. Kravitz | on behalf of Creditor KNEPH LLC d/b/a Realty Network Group nkravitz@mbklaw.com |
| Tullio DeLuca | on behalf of Debtor 1 George A. Semian tullio.deluca@verizon.net |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

ntfp(02/23)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

George A. Semian
aka George Andrew Semian, aka George Semian

Chapter 13

Case number 5:23−bk−00220−MJC

**Debtor(s)**

## Notice To Filing Party

**Please take notice that:**

There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry **#15** . **The image attached is not a Withdrawal of the Claim**. Failure to refile or amend your document may result in a delay in processing this matter.

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: PatriciaRatchford, Deputy Clerk

Date: March 9, 2023