## PRAECIPE TO WITHDRAW PROOF OF CLAIM

Kindly withdraw Proof of Claim No. 8, only, as it was filed in error without attachments.

Proof of Claim No. 9 shall be retained as the valid Proof of Claim

s/Raymond W. Ferrario
Raymond W. Ferrario
Attorney for KNEPH, LLC
d/b/a Realty Network Group
Suite 528, 538 Biden Street
Scranton, PA 18503
570-963-7878; FAX: 570-963-7850
raymondwferrariopc@comcast.net
Supreme Court I.D. No. 35096