# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 3/14/2023
Case: 5:23–bk–00220–MJC     Form ID: pdf002     Total: 43

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Daniel T Brier | dbrier@mbklaw.com |
| aty | Nicholas F. Kravitz | nkravitz@mbklaw.com |
| aty | Tullio DeLuca | tullio.deluca@verizon.net |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | George A. Semian | 200 Adams Ave., Apt 403   Scranton, PA 18503 |
| cr | PRA Receivables Management, LLC | PO Box 41021   Norfolk, VA 23541 |
| cr | KNEPH, LLC d/b/a Realty Network Group | c/o Myers Brier & Kelly, LLP   425 Biden Street, Ste. 200   Scranton, PA 18503 |
| 5519691 | Arturin | 1200 18th St. NW   Washington, DC 20036 |
| 5519692 | Audi Financial Services | 1401 Franklin Blvd.   Libertyville, IL 60048 |
| 5519694 | Berkheimer | Marketplace At Steamtown   300 Lackawanna Ave., Unit#116   Scranton, PA 18503 |
| 5519695 | Berkheimer | Marketplace at Steamtown   300 Lackawanna Ave. Unit#116   Scranton, PA 18503 |
| 5519693 | Berkheimer | Marketplace at Steamtown   300 Lackawanna Ave. Unit#116   Scranton, PA 18504 |
| 5519696 | Besko Media | PO Box 280   Hamlin, PA 18427 |
| 5519697 | Capital One Bank | P.O. Box 85015   Richmond, VA 23285–5015 |
| 5519698 | Celtic Bank | 268 South State St.   Salt Lake City, UT 84111 |
| 5519699 | Comenity Bank | Bankruptcy Department   P.O. Box 182125   Columbus, OH 43218–2125 |
| 5519700 | Credit One | P.O. Box 98873   Las Vegas, NV 89193 |
| 5519701 | First Premier Bank | 601 S Minnesota Ave   Sioux Falls, SD 57104 |
| 5519702 | George A. Semian | 200 Adams Ave., Apt 403   Scranton, PA 18503 |
| 5519703 | Internal Revenue Service | Special Procedures Branch   PO Box 7346   Philadelphia, PA 19101–7346 |
| 5519704 | KNEPH, LLC d/b/a Realty Network Group | 222 Northern Blvd.   Clarks Summit, PA 18411 |
| 5526079 | KNEPH, LLC d/b/a Realty Network Group | 538 BIDEN ST STE 528   SCRANTON, PA 18503 |
| 5519707 | LVNV Funding | 15 South Main St., Suite 700   Greenville, SC 29601 |
| 5523751 | LVNV Funding, LLC c/o Resurgent Capital Services | PO Box 10587   Greenville, SC 29603–0587 |
| 5519705 | Labcorp | PO Box 2240   Burlington, NC 27216–2240 |
| 5519706 | Law offices of Tullio DeLuca | 381 N. 9th Avenue   Scranton, PA 18504 |
| 5522744 | MERRICK BANK | Resurgent Capital Services   PO Box 10368   Greenville, SC 29603–0368 |
| 5519708 | Merrick Bank | P.O. Box 9201   Old Bethpage, NY 11804 |
| 5519709 | PA Department of Revenue | Bureau of Individual Taxes   P.O. Box 280601   Harrisburg, PA 17128–0601 |
| 5519710 | PA Dept. of Revenue | Bankruptcy Division   Dept. 280946   Harrisburg, PA 17128–0496 |
| 5525135 | Portfolio Recovery Associates, LLC | POB 12914   Norfolk VA 23541 |
| 5519711 | Portfolio Recovery Assocs. | 120 Corporate Blvd.   Norfolk, VA 23502 |
| 5526078 | Raymond W. Ferrario, P.C. | 538 BIDEN ST STE 528   SCRANTON, PA 18503 |
| 5519712 | Reminder Media | 1100 1st Ave.   Suite 200   King of Prussia, PA 19046 |
| 5519713 | Resurgent Capital Services | PO Box 1269   Greenville, SC 29602 |
| 5519714 | Scranton–Spruce Master Tenant, LLC | 125 N Washington Ave   Scranton, PA 18503 |
| 5519715 | Synchrony Bank | Attn: Bankruptcy Dept.   P.O. Box 965060   Orlando, FL 32896–5060 |
| 5519853 | Synchrony Bank | c/o PRA Receivables Management, LLC   PO Box 41021   Norfolk, VA 23541 |
| 5519716 | Tamara Souter | 704 Union St.   Taylor, PA 18517 |
| 5519717 | Tbom/Milestone | PO Box 4499   Beaverton, OR 97076 |
| 5524205 | VW Credit Leasing, Ltd | c/o VW Credit, Inc.   PO Box 9013   Addison, Texas 75001 |
| 5519718 | Vinsko & Associates, P.C. | 37 N River St   Wilkes Barre, PA 18702 |

TOTAL: 38