IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| GEORGE A. SEMIAN, | : | CHAPTER 13 |
| a/k/a George Andrew Semian | : | |
| a/k/a George Semian | : | Case No. 5-23-00220 HWV |
| Debtor | : | |

| | | |
|---|---|---|
| KNEPH, LLC, | : | |
| | : | |
| vs. | : | |
| | : | Adversary No. 5:23-ap-00025 HWV |
| GEORGE A. SEMIAN, | : | |
| a/k/a George Andrew Semian | : | |
| a/k/a George Semian | : | |

**O R D E R**

This Court approves the Stipulation between Debtor, George A. Semian, and KNEPH, LLC.