UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN IN RE:<br>GEORGE A. SEMIAN,<br>a/k/a George Andrew Semian<br>a/k/a George Semian<br>                 Debtor | : <br> : <br> : <br> : <br> : | CHAPTER 13 <br><br> Case No. 5-23-00220 HWV |
| KNEPH, LLC, <br><br> vs. <br><br> GEORGE A. SEMIAN,<br>a/k/a George Andrew Semian<br>a/k/a George Semian | : <br> : <br> : <br> : <br> : <br> : <br> : | Adversary No. 5:23-ap-00025 HWV |

## CERTIFICATE OF SERVICE

I, Raymond W. Ferrario, Esquire, hereby certify that on the 8th day of December, 2023, I served a true and correct copy of the Notice, Motion for Approval of Stipulation for Settlement of Adversary Proceeding and Stipulation upon the individuals listed on the attached Matrix via U.S. First Class Mail and/or electronic transmission:

Date: December 8, 2023        s/Raymond W. Ferrario
                                             Raymond W. Ferrario, Attorney for KNEPH, LLC
                                             Suite 528, 538 Biden Street
                                             Scranton, PA 18503
                                             570-963-7878; FAX: 570-963-7850
                                             raymondwferrariopc@comcast.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:23-bk-00220-HWV<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Fri Dec 8 11:31:32 EST 2023 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | KNEPH, LLC d/b/a Realty Network Group<br>c/o Myers Brier & Kelly, LLP<br>425 Biden Street, Ste. 200<br>Scranton, PA 18503-1851 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 |
| Arturin<br>1700 Rhode Island Ave NW<br>Washington, DC 20036 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 |
| (p)BERKHEIMER<br>PO BOX 20662<br>LEHIGH VALLEY PA 18002-0662 | Besko Media<br>PO Box 280<br>Hamlin, PA 18427-0280 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Celtic Bank<br>268 South State St.<br>Salt Lake City, UT 84111-5314 | Comenity Bank<br>Bankruptcy Department<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | Credit One<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | George A. Semian<br>200 Adams Ave., Apt 403<br>Scranton, PA 18503-1607 | Internal Revenue Service<br>Special Procedures Branch<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| KNEPH, LLC d/b/a Realty Network Group<br>222 Northern Blvd.<br>Clarks Summit, PA 18411-8401 | KNEPH, LLC d/b/a Realty Network Group<br>538 BIDEN ST STE 528<br>SCRANTON, PA 18503-1816 | LVNV Funding<br>355 S Main St, Ste 300-D<br>Greenville, SC 29601-2923 |
| LVNV Funding, LLC c/o Resurgent Capital Serv<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)LABORATORY CORPORATION OF AMERICA<br>ATTN GOVERNMENT AUDITS<br>PO BOX 2270<br>BURLINGTON NC 27216-2270 | Law offices of Tullio DeLuca<br>381 N. 9th Avenue<br>Scranton, PA 18504-2005 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | PA Department of Revenue<br>Bureau of Individual Taxes<br>P.O. Box 280601<br>Harrisburg, PA 17128-0601 |
| PA Dept. of Revenue<br>Bankruptcy Division<br>Dept. 280946<br>Harrisburg, PA 17128-0496 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

Portfolio Recovery Assocs.
120 Corporate Blvd.
Norfolk, VA 23502-4952

Raymond W. Ferrario, P.C.
538 BIDEN ST STE 528
SCRANTON, PA 18503-1816

Reminder Media
1100 1st Ave.
Suite 200
King of Prussia, PA 19406-1327

Resurgent Capital Services
PO Box 1269
Greenville, SC 29602-1269

Scranton-Spruce Master Tenant, LLC
125 N Washington Ave
Scranton, PA 18503-1860

Synchrony Bank
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Tamara Souter
704 Union St.
Taylor, PA 18517-1316

Tbom/Milestone
PO Box 4499
Beaverton, OR 97076-4499

VW Credit Leasing, Ltd
c/o VW Credit, Inc.
PO Box 9013
Addison, Texas 75001-9013

Vinsko & Associates, P.C.
37 N River St
Wilkes Barre, PA 18702-2403

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Tullio DeLuca
381 N. 9th Avenue
Scranton, PA 18504-2005

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

(d)Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck NJ 07666

Audi Financial Services
1401 Franklin Blvd.
Libertyville, IL 60048

Berkheimer
Marketplace At Steamtown
300 Lackawanna Ave., Unit#116
Scranton, PA 18503

(d)Berkheimer
Marketplace at Steamtown
300 Lackawanna Ave. Unit#116
Scranton, PA 18503

(d)Berkheimer
Marketplace at Steamtown
300 Lackawanna Ave. Unit#116
Scranton, PA 18504

Capital One Bank
P.O. Box 85015
Richmond, VA 23285-5015

Labcorp
PO Box 2240
Burlington, NC 27216-2240

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036