# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

George A. Semian
aka George Andrew Semian, aka George Semian

**Debtor 1**

Chapter: 13

Case number: 5:23–bk–00220–HWV

Document Number: 55

Matter: Motion to Approve Settlement/Stipulation.

KNEPH, LLC
**Movant(s)**

vs.

GEORGE A. SEMIAN
a/k/a George Andrew Semian
a/k/a George Semian
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on February 1, 2023.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | **Date: 1/30/24**<br>**Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074–1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 3, 2024 |

nthrgreq(02/19)